Kris Sarayn KOLLYNS, a/k/a Kristopher S. Kollins, a/k/a John Wayne Todd, a/k/a Johnnie W. Todd, Plaintiff—Appellant,

v.

SOUTH CAROLINA DEPARTMENT
OF MENTAL HEALTH,
Defendant—Appellee,

and

George Gintoli; W. Russell Hughes;
Brenda E. Young–Rice,
Defendants.

No. 07–6454.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2007.

Decided: Sept. 6, 2007.

Kris Sarayn Kollyns, Appellant Pro Se. Andrew Todd Darwin, Holcombe, Bomar, Gunn & Bradford, PA, Spartanburg, South Carolina, for Appellee.

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kris Sarayn Kollyns appeals a district court order and judgment adopting the magistrate judge's report and recommendation and dismissing his complaint that he was being denied access to the courts. We have reviewed the record and the district court's order and affirm for the rea-sons of the district court. *See Kollyns v. S.C. Dep't of Mental Health,* No. 8:04–cv–01599 (D.S.C. Mar. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*